in Vietnam can be done in many areas of this troubled world without debate or responsible public decision.

I would put the case down for argument and resolve this important constitutional problem.

No. 258, Misc. JONES v. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Arnold O. Overoye,* Deputy Attorney General, for respondents.

No. 287, Misc. OWENS v. RUSSELL, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied. *Paul Bender* for petitioner. *William C. Sennett,* Attorney General of Pennsylvania, and *Stanley Asher Winikoff* and *Frank P. Lawley, Jr.,* Deputy Attorneys General, for respondents.

No. 336, Misc. PINCUS v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Elliott Golden* and *Harold M. Brown* for respondent.

No. 373, Misc. EARLY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 441, Misc. BEAVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold,* Assistant Attorney General Vinson, and *Beatrice Rosenberg* for the United States.

No. 459, Misc. BEAN ET AL. v. MINNESOTA. Sup. Ct. Minn. Certiorari denied. *Douglas W. Thomson* for petitioners. *Douglas M. Head,* Attorney General of Minnesota, *Richard H. Kyle,* Solicitor General, and *William B. Randall* for respondent.